

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

**MAY 07 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| **vs.** ) | **Case No. 1:14-CR-00028-AWI-BAM-1** |
| **Arturo Carmona** ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Arturo Carmona_____ , have discussed with _____Dan Stark_____ , Pretrial Services
Officer, modifications of my release conditions as follows:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW:** You are restricted to your residence every day from 9:00 pm to 5:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____          05/06/2014          _____          05/06/2014
Signature of Defendant                   Date                       Pretrial Services Officer                  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                      5-6-14
Signature of Assistant United States Attorney                                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                      5/6/2014
Signature of Defense Counsel                                                 Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on **5/7/2014**          _____

☐ The above modification of conditions of release is *not* ordered.

_____                                                      5/7/14
Signature of Judicial Officer                                                Date

cc:       U.S. Attorney's Office, Defense Counsel, Pretrial Services