1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                       IN THE UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,           CASE NO. 1:14-CR-00028 AWI-BAM

13 |              Plaintiff,              STIPULATION AND ORDER TO CONTINUE
                                          SUPPRESSION HEARING AND TO EXTEND
14 |        v.                            BRIEFING SCHEDULE

15 | ARTURO CARMONA,

16 |              Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the

20  hearing on the defendant's motion to suppress currently set for August 18, 2014, be continued to August 25,

21  2014.  The parties further stipulate that the government's response to the defendant's motion to suppress

22  currently due on August 1, 2014, be due on August 12, 2014; and that any defense reply currently due on

23  August 8, 2014, be due on August 19, 2014  The reason for the request is because undersigned counsel is

24  lead counsel on a multi-defendant and multi-jurisdictional case involving several wiretaps required attention

25  for arrest and search warrants that was not anticipated to be required in the two weeks leading up to the

26  government's due date in this case when the schedule was set.  Additionally, the government anticipates

27  receiving information on Monday, August, 4, 2014, that could bear upon plea negotiations and the

28  government's response in this case.

                                              1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A), and that the delay is further excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(1)(D).

Dated: August 1, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: August 1, 2014

/s/ Ann McGlenon
ANN McGLENON
Attorney for Arturo Carmona

IT IS SO ORDERED.

Dated:  August 1, 2014

_____
SENIOR DISTRICT JUDGE