BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00028 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | |
| ARTURO CARMONA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the government's response to the defendant's motion to suppress currently due on August 12, 2014, is due on August 19, 2014; and that any defense reply currently due on August 19, 2014, is due on August 22, 2014 The reason for the request is because the government has received and sent to the defense information that has caused the parties to discuss and consider new potential plea dispositions. The parties need additional time to further investigate one particular piece of evidence and try to finalize discussions, and believe that the

///
///
///
///

1

1 | requested time will accomplish that goal.  The parties are not requesting to move the hearing currently set for
2 | August 25, 2014 at 10:00 a.m.

3 | Dated: August 11, 2014                                                 Respectfully submitted,

4 |                                                                                        BENJAMIN B. WAGNER
5 |                                                                                        United States Attorney

6 |                                                                         By     /s/ Kimberly A. Sanchez
7 |                                                                                   KIMBERLY A. SANCHEZ
                                                                                       Assistant U.S. Attorney

8 | Dated: August 11, 2014                                               /s/ Ann McGlenon
9 |                                                                                      ANN McGLENON
                                                                                          Attorney for Arturo Carmona

12 | IT IS SO ORDERED.

13 | Dated:   August 12, 2014              _____
                                                                    SENIOR  DISTRICT  JUDGE

2