HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorney for Defendant
ARTURO CARMONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00028 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO MOVE HEARING DATE AND ORDER** |
| ARTURO CARMONA, | ) Date: September 15, 2014 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the government's response to the defendant's motion to suppress which was due on August 19, 2014 is due on September 2, 2014; and that any defense reply currently due August 22, 2014 is due on September 8, 2014 and the hearing currently scheduled for August 25, 2014 is moved to September 15, 2014 at 10:00 a.m.

The parties believe they are close to a disposition but were unable to agree today, though it was anticipated by both counsel that we would.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

Dated: August 20, 2014

                        BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ Kimberly A. Sanchez*
                        KIMBERLY A. SANCHEZ
                        Assistant United States Attorney
                        Attorney for Plaintiff

Dated: August 20, 2014

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Ann H. McGlenon*
                        ANN H. McGLENON
                        Assistant Federal Defender
                        Attorney for Defendant
                        ARTURO CARMONA

## **O R D E R**

IT IS SO ORDERED.

Dated:  August 21, 2014                 [signature]
                                    SENIOR  DISTRICT  JUDGE