BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00028 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND EXTEND THE TIME FOR THE GOVERNMENT TO FILE A RESPONSE TO THE DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| ARTURO CARMONA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the sentencing and disposition set for February 9, 2015 at 10:00 am before the Honorable Anthony W. Ishii be continued to February 17, 2015, at 10:00 a.m., and that the government's due date for its response to the defendant's sentencing memorandum be extended to Wednesday, February 11, 2015.  The government received the defendant's sentencing memorandum on Friday, January 30, 2015..  The undersigned AUSA took a close family friend to a medical appointment that was 3 hours away on February 3, 2015, and is working part-time as she is on maternity leave.  As such, the government will be unable to complete a review of and response to the defendant's sentencing memorandum (if needed) by Wednesday at noon.

///

///

Stipulation                          1

The government contacted the defendant's attorney, who does not object to the continuance and extension.

Dated: February 4, 2015                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: February 4, 2015                    /s/ Ann McGlenon
                                           ANN McGLENON
                                           Attorney for Defendant

IT IS SO ORDERED.

Dated:   February 4, 2015                  _____
                                           SENIOR  DISTRICT  JUDGE

Stipulation                                2